UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CR-DIMITROULEAS

18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(d)
26 U.S.C. § 5861(e)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
                            )
v.                          )
                            )
JONAS ORDUNO                )
                            )
        Defendant.          )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about March 10, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JONAS ORDUNO,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, to wit, a Harrington & Richardson Topper Model 58, 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT TWO

On or about March 10, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JONAS ORDUNO,**

did knowingly possess a firearm, that is a Harrington & Richardson Topper Model 58, 12 gauge shotgun, serial number AR202198, with an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record as required by chapter 53, Title 26, United States Code, Section 5841. All in violation of Title 26, United States Code, Section 5861(d).

## COUNT THREE

On or about March 10, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JONAS ORDUNO,**

did knowingly transfer a firearm, that is, a Harrington & Richardson Topper Model 58, 12 gauge shotgun, serial number AR202198, having an overall length of less than 26 inches, without having first applied for and received the written approval from the Secretary of the Treasury or his delegate for the transfer of this

firearm, as required by Title 26, United States Code, Section 5812.

All in violation of Title 26, United States Code, Section 5861(e).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JONAS ORDUNO

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)       Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                                        REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JONAS ORDUNO          No.:_____

Count # 1:

Felon in Possession; in violation of 18 U.S.C. § 922 (g)(1)

*Max Penalty:   10 years' imprisonment; $ 250,000 fine

Count # 2:

Possession of unregistered firearm; in violation of 26 U.S.C. 5861(d)

*Max Penalty:   10 years' imprisonment; $ 250,000 fine

Count # 3:

Transfer of unregistered firearm; in violation of 26 U.S.C. 5861(e)

*Max Penalty:   10 years' imprisonment; $ 250,000 fine

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**