AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN   SPECIAL AGENT STEVE MCKEAN (954) 938-2971

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JONAS ORDUNO

**WARRANT FOR ARREST**

**00-6109**

CASE NUMBER: CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JONAS ORDUNO**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being a felon in possession of a firearm and unlawful possession and transfer of an unregistered firearm,

in violation of Title 18:26 United States Code, Section(s) 922(g)(1); 5861(d), (e)

---

Lurana S. Snow
Name of Issuing Officer

*[signature: Penny Butler]*
Signature of Issuing Officer

Bail fixed at $ Pre-trial detention requested

United States Magistrate Judge
Title of Issuing Officer

April 27, 2000, Fort Lauderdale, Florida
Date and Location

*[signature: Lurana S. Snow]*
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

---

|  RETURN  |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __Jonas Orduno__

ALIAS: _____

LAST KNOWN RESIDENCE: __49 S.W. 12th Street, Apt # 3, Dania, Florida, 33004-0000__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __09-01-55__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: __5-06__          WEIGHT: _____

SEX: __Male__          RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __ATF, 299 East Broward Blvd., Suite 401, Ft. Lauderdale, Florida 33301__