AO 442 (Rev 12'85) Warrant for Arrest  AUSA BRUCE O. BROWN   SPECIAL AGENT STEVE MCKEAN (954) 938-2971

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JONAS ORDUNO | **00-6109** |
| | CASE NUMBER: CR-DIMITROULEAS |
| | MAGISTRATE JUDGE SNOW |

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONAS ORDUNO _____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) being a felon in possession of a firearm and unlawful possession and transfer of an unregistered firearm,

in violation of Title 18;26 United States Code, Section(s) 922(g)(1); 5861(d), (e)

Lurana S. Snow
Name of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

April 27, 2000, Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow* (signature)
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

Bail fixed at $ Pre-trial detention *requested*

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/27/2000 | James A Tassone, USM FOR: ATF | Fred DePompa, SDUSM |
| DATE OF ARREST | | |
| 04/28/2000 | | |