UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6109-CR-Dimi
                Plaintiff )
                          ) REPORT COMMENCING CRIMINAL
        -VS-              )         ACTION
                          )
  Tomas N/m/n ORDUNO           55285-004
        Defendant              USMS NUMBER     FILED by _____ D.C.
                                               APR 28 2000
TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        FT. PIERCE     CLARENCE MADDOX
                         (circle one of above)  CLERK U.S. DIST. CT.
                                                 S.D. OF FLA. FT. LAUD.
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 04/28/00 @ 640 (am) pm

(2) Language Spoken: English/Spanish

(3) Offense(s) Charged: Felon in possession of a firearm

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 09-01-1955

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4-28-00   (9) Arresting Officer: S/A Steve McKen

(10) Agency: Bureau of Alcohol, Tobacco + Firearms (11) Phone: 954-410-4500

(12) Comments: office 954-938-2971