COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JONAS ORDUNO (J)          CASE NO: 00-6109-CR-DIMITROULEAS
AUSA: BRUCE BROWN —pres         ATTY: Martin Bidwell
AGENT: ATF                      VIOL: 18:922(g)(1); 26:5861
PROCEEDING I/A ON INDICTMENT    RECOMMENDED BOND: P~~TD~~ 100,000 PSB
BOND HEARING HELD - yes/~~no~~  COUNSEL APPOINTED FPD
    BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Advised of charges/ sworn for counsel

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4-28-00   Time 11:00   FTL/LSS TAPE #00- 022   Begin: 2409   End:

Re-call 2677

FILED by D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT.L