UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

JONAS ORDUNO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _On bond_____

_____

Telephone:_____

DEFENSE COUNSEL:      Name: _FPD_____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __28TH__ day of __APRIL_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No. ___00-_022_____

cc: Copy for Judge
    U. S. Attorney

