| | |
|---|---|
| DEFT: Jonas Orduno (no deft) | CASE NO: 00-6109-CR-Dimitrouleas |
| AUSA: Bruce Brown / Nickson | ATTNY: FPD _Bruble Imaign_ |
| AGENT: | VIOL: _f. Kly_ |
| PROCEEDING: Status Conference | BOND REC: |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

_Listening cd_
_No motions_
_2-3 days_
_possible plea_
_Sent ready_

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 5-15-00    TIME: 11:00am    TAPE # 00-088    PG # 2

3:09-3283