UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

JONAS ORDUNO,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try. A plea disposition remains a possibility.

2. Defense counsel informed the Court that he has received the Government's discovery response.

DATED at Fort Lauderdale, Florida this 15th day of May 2000.

                                      BARRY S. SELTZER
                                      United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant