UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JONAS ORDUNO,  :

    Defendant.  :
_____

## MOTION TO CONTINUE TRIAL

The defendant, through counsel, requests that this Court continue the trial in the above-styled case and as grounds in support thereof would state:

1. The defendant is charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

2. Counsel for the defendant received today the last of the transcripts of tape recorded conversations in the above case. Further, the case is currently being investigated. Additional time is necessary for the defendant to be prepared for trial.

3. The undersigned was unable to contact Assistant United States Attorney Bruce Brown to ascertain his position on this motion.



WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of June, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Orduno\Continue.01.wpd