# CRIMINAL MINUTES

FILED ___ D.C.
JUN - - -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6-109-CR-WPD    DATE: June 2, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jorge Orduno

U.S. ATTORNEY: Bruce Brown / Kathleen Rice for ↑    DEFT. COUNSEL: Timothy Day

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court resets hearing and finds the time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 6/30/00    TIME: 9:00    FOR: Cal. Call
MISC: 7/3/00    9:00    2 week trial period

