UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JONAS ORDUNO,  :

    Defendant.  :
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to continue trial is hereby GRANTED. The defendant's trial is rescheduled to July 3, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2 day of June, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Timothy Day, AFPD
      Bruce Brown, AUSA

