UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6109-CR-DIMITROULEAS

Plaintiff,

vs.

JONAS ORDUNO,

Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE having been heard upon Pre-Trial Services June 6, 2000 Petition For Action On Conditions of Pretrial Release, the Defendant is ordered to appear before this Court on June 23, 2000 at 8:45 A.M. at 299 E. Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, to show cause why his pre-trial release should not be revoked.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Brown, AUSA

Carl Sirotto, Pre-Trial Services Officer

Tim Day, AFPD