UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Jonas Orduno    Docket No: 00-6109 CR Dimitrouleas

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Carol Sirotto</u>, PRETRIAL SERVICE OFFICER presenting an official report upon the conduct of defendant Jonas Orduno, who was placed under pretrial release supervision by the Honorable Magistrate Lurana S. Snow on April 28, 2000, under the following conditions:

Report to Pretrial Services once per week in person, which can be modified by Pretrial Services. Travel is restricted to the Southern District of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 1, 2000, the defendant made telephonic threats to cause harm to a confidential source in the case. On June 2, 2000, the defendant was arrested by the Broward County Sheriff's Office for Driving with a Suspended Drivers License.

PRAYING THAT THE COURT WILL SCHEDULE A SHOW CAUSE HEARING TO DETERMINE IF HIS BOND SHOULD BE REVOKED.

ORDER OF COURT

Considered and ordered this ___ day of June, 2000 ___ and ordered filed and made a part of the records in the above case.

Honorable Lurana S. Snow
U.S. Magistrate Court Judge

Respectfully,

Carol Sirotto
Carol Sirotto
U.S. Pretrial Services Officer
Place: Ft. Lauderdale, Florida

Date: June 6, 2000