UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JONAS ORDUNO,  :

    Defendant.  :



## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Office of the Federal Public Defender respectfully moves that its appointment as counsel for the Defendant, Jonas Orduno, be terminated as he has retained William J. Cone, Jr., Esquire, 514 S.E. 7th Street, Fort Lauderdale, Florida 33301 to represent him in this cause. A copy of the Stipulation for Substitution of Counsel is attached hereto.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this \_\_\_\_ day of June, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to William J. Cone, Jr., Esquire, 514 S.E. 7th Street, Fort Lauderdale, Florida 33301.

                                                    _____
                                                    Timothy M. Day

S:\DAY\DJ\_\_\WITHDRAW.MOT

2

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,

                         CASE NO.: 00-6109-CR-DIMITROULEAS

VS.

**JONAS ORDUNA,**

    Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY** stipulated between undersigned counsel that **WILLIAM J. CONE, JR.,**

**ESQUIRE** is hereby substituted for **TIMOTHY M. DAY, Assistant Federal Public Defender,**

as Counsel for **JONAS ORDUNA,** herein.

Dated: this June 9, 2000.

_____         _____
**WILLIAM J. CONE, JR., ESQUIRE**      **TIMOTHY M. DAY**
**514 S.E. 7TH STREET**                  **Assistant Federal Public Defender**
**FORT LAUDERDALE, FLORIDA 33301**  **101 N.E. 3rd Avenue**
**PHONR: (954) 764-0570**           **Suite 202**
**FLA. BAR NO.: 321516**             **Fort Lauderdale, Florida 33301**
                                      **(954) 356-7436 - Ext. 108**
                                      **FLA. BAR NO.: 360325**

**cc: Bruce Brown**
     **U.S. Attorney's Office**