UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

JONAS ORDUNO, :

    Defendant. :

## ORDER GRANTING MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

It appearing that Defendant Jonas Orduno has retained William J. Cone, Jr., Esquire, 514 S.E. 7th Street, Fort Lauderdale, Florida 33301 to represent him in this cause, it is

**ORDERED** that the Federal Public Defender's Motion for Termination of Appointment of Counsel is hereby **GRANTED** and the Federal Public Defender is relieved of any further responsibility in this cause.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Timothy M. Day, AFPD
    Bruce Brown, AUSA
    William J. Cone, Esquire