UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

　　　　Plaintiff,

　　　　　　　　　　　　　　CASE NO.: 00-6109-CR-DIMITROULEAS

VS.

**JONAS ORDUNA,**

　　　　Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY** stipulated between undersigned counsel that **WILLIAM J. CONE, JR., ESQUIRE** is hereby substituted for **TIMOTHY M. DAY, Assistant Federal Public Defender,** as Counsel for **JONAS ORDUNA,** herein.

Dated: this June 9, 2000.

**WILLIAM J. CONE, JR., ESQUIRE**
**514 S.E. 7TH STREET**
**FORT LAUDERDALE, FLORIDA 33301**
**PHONE: (954) 764-0570**
**FLA. BAR NO.: 321516**

**TIMOTHY M. DAY**
**Assistant Federal Public Defender**
**101 N.E. 3rd Avenue**
**Suite 202**
**Fort Lauderdale, Florida 33301**
**(954) 356-7436 - Ext. 108**
**FLA. BAR NO.: 360325**

**cc: Bruce Brown**
　　**U.S. Attorney's Office**

