## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6109-CR-WPD   DATE: June 23, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION/PTS: Carol Sirotto   INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Jonas Orduno

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: William Race

REASON FOR HEARING: Pre-trial Status

RESULT OF HEARING: Gov't seeks revocation of dft's Bond. Gov't proffers. Deft responds. Bond is Revoked and pre-trial release status is Revoked as previously set. Court sets $100,000.00 CSB with same conditions & new conditions that dft have no contact with

JUDGMENT: witnesses or informants

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: W-1 Carol Sirotto, PTSO

