UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONAS ORDUNO

    Defendant.

CASE NO. 00-6109-CR-DIMITROULEAS

## ORDER

THIS CAUSE having been heard on a Petition for Action on Conditions of Pretrial Release. The Petition is Granted. The Court revokes the bond previously set and sets bond at $100,000.00 Corporate Surety Bond with the same conditions as previously imposed and the additional condition that the defendant have no contact with witnesses or informants.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Brown, AUSA
William Cone, Esq.
U.S. Pretrial Services
U.S. Marshal

