**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00 -6109-CR-WPD_    DATE: _June 30, 2000_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  _Jonas Orduno_

U.S. ATTORNEY _~~Bruce Brown~~_    DEFT. COUNSEL: _William Cone_
_Larry Hunnicutt_

REASON FOR HEARING: _Change of plea._

RESULT OF HEARING: _Deft sworn and questioned by_
_the Court. Deft to enter Guilty plea to_
_Count 1. Govt to dismiss remaining Counts_
_at time of Sentencing._

JUDGMENT: _____

CASE CONTINUED TO: _9/8/00_    TIME: _1:00_    FOR: _Sentencing_
MISC: _Written plea agreement filed._

