UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

        Plaintiff,

CASE NO.: 00-6109-CR-DIMITROULEAS

VS.

**JONAS ORDUNA,**

        Defendant.
_____/

AUG 1 7 2000

CLERK, USDC / SDFL / FTL

### MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO PRE-SENTENCE INVESTIGATION AND MOTION TO CONTINUE SENTENCING

**COMES NOW, JONAS ORDONAS,** by and through the undersigned attorney and files this Motion to Extend Time for Filing Objections to Pre-Sentencing Investigation and Motion to Continue Sentencing, and would show:

1. The undersigned Counsel received the Pre-sentence Report on or about August 7, 2000.

2. The undersigned is a sole practitioner and due to trial schedule and previously scheduled legal matters has been unable to thoroughly research the disputed facts and unresolved factual disputes required by August 18, 2000. (date objections are due).

3. The Defendant plead to Possession of a Firearm by a convicted felon on June 30, 2000.

-1-



4. Based upon the nature of the charge and acceptance of responsibility the Defendant expected to be at or under level seventeen [17] (Base level twenty [20]). However. based upon the pre-sentence investigator's adjustments. the Defendant did not receive the acceptance of responsibility reduction, and in fact the investigator's imputed increased points for other factors making the total computation at level twenty-six (26).

5. The undersigned would request this Honorable Court continue the sentencing date and extend the time for response so that mitigating factors may be researched in align with the factual bases assessed by the pre-sentence investigator.

6. The Assistant U.S. Attorney. **BRUCE BROWN,** has no objection to this Motion.

**WHEREFORE,** the Defendant. **JONAS ORDUNO,** prays this Honorable Court grant this Motion.

                              **RESPECTFULLY SUBMITTED:**

                              **WILLIAM J. CONE, JR., ESQUIRE**
                              **Attorney for Defendant**
                              **514 S.E. 7th Street**
                              **Fort Lauderdale, Florida 33301**
                              **Phone: (954) 764-0570**

**I HEREBY CERTIFY** that a true copy was furnished to: **DENNIS WOOLFOLK, U.S. Probation Officer, U.S. Courthouse, 300 N.E. First Avenue, Miami, Florida 33132-2126,** and **BRUCE O. BROWN, Assistant U.S. Attorney, 5OO East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394, on this 17th day of Augsut, 2000.**