UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                 CASE NO. 00-6109-CR-DIMITROULEAS

    Plaintiff,

vs.

JONAS ORDUNA,

    Defendant.
_____/

FILED by ____ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Defendant's August 17, 2000 Motion To Extend

Time For Filing Objections to PSI and Motion To Continue Sentencing [DE-32] and the Court

notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant

failed to include a proposed order. The Court grants the motion and extends the time for filing

objections until September 1, 2000. The Court resets the Sentencing to September 15, 2000 at

11:15 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

$\underline{21}$ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Brown, AUSA

William Cone, Esquire
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301

Dennis Woolfolk, USPO