**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6109-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JONAS ORDUNO,

Defendant.

_____/



## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT AND MOTION FOR DOWNWARD DEPARTURE

The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Objections to the Pre-Sentence Investigation Report and Motion for Downward Departure. The United States of America requests this Court to overrule defendant's objections and deny defendant's motion and in support of said request states the following:

1. With respect to defendant's objections to the probation officer's offense level and criminal history computations, the government agrees with and defers to the probation officer's response articulated in the Addendum to the Pre-Sentence Report filed on September 13, 2000.

2. With respect to defendant raising the issue of sentencing entrapment, the government would rely on United States v. Sanchez, 138 F.3d 1410 (11th Circuit 1998); Joiner v. United States,



103 F.3d 961 (11th Circuit 1997); and United States v. Miller, 71 F.3d 813 (11th Circuit 1996). These cases have held that sentencing entrapment is a defunct doctrine in this circuit and is not a grounds for a downward departure.

3.  The government submits that there are no mitigating factors present in this case that have not been taken into consideration by the Sentencing Commission, and therefore, this case is not distinguishable from the heartland cases covered by the guidelines .

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
TEL: (954) 356-7255
FAX: (954) 356-7336
E-MAIL: bruce.brown2@justice.usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 954 764 3215) this 14th day of September, 2000 to: William J. Cone, Jr., Esquire, 514 Southeast 7th Street, Fort Lauderdale, Florida 33301.

_____

Bruce O. Brown
Assistant United States Attorney

2