**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6109-CR-WPD   DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Frank   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jonas Orduno

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: William Cone

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:

Deft's motion to continue to request
a Spanish Interpreter is Granted.
Court Resets sentencing

CASE CONTINUED TO: 9/22   TIME: 11:15   FOR: Sentencing

MISC: _____

