## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6109-CR-WPD    DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Corley    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Jonas Orduno

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: William Price

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 51 months BOP, 3 years Supervised Release, no Fine, $100 Assessment.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.