UNITED STATED DISTRICT T COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

      Plaintiff,

CASE NO.: 00-6109-CR-DIMITROULEAS

VS.

**JONAS ORDUNO,**

      Defendant.
_____/

## MOTION FOR AN ORDER RECOMMENDING A SOUTH FLORIDA CORRECTIONAL FACILITY

**COMES NOW, JONAS ORDUNO,** by and through the undersigned attorney and files this Motion for the Court to Recommend a South Florida Correctional Facility and would show:

1. The Defendant, **JONAS ORDUNO,** was sentenced on September 22, 2000, for violation of 18 U.S.C. § 922 (g) (1) Illegal Possession of Firearm By a Convicted Felon.

2. The Defendant was adjudicated guilty and sentenced to fifty-one (51) months and committed to the custody of the United States Bureau of Prisons.

3. Through mistake or inadvertence the Defendant did not request the Court recommend to the Bureau of Prisons Confinement in a Correctional facility in South Florida.

4. For legal as well as personal reasons the Defendant request this Court Recommend a Correctional Facility in the South Florida area for confinement.



5. The Assistant U.S. Attorney, **BRUCE O. BROWN,** has no objection to this Motion.

**WHEREFORE,** the Defendant, **JONAS ORDUNO,** prays this Honorable Court grant this Motion as filed herein.

                        **RESPECTFULLY SUBMITTED:**

                        WILLIAM J. CONE JR.

                        **WILLIAM J. CONE, JR., ESQUIRE**
                        **Attorney for Defendant**
                        **514 S.E. 7th Street**
                        **Fort Lauderdale, Florida 33301**
                        **Phone: (954) 764-0570**

**I HEREBY CERTIFY** that a true copy was furnished to: **BRUCE O. BROWN, Assistant U.S. Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394,** on this 17th day of October, 2000.

                                        WILLIAM J. CONE JR.