UNITED STATED DISTRICT T COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA,**
Plaintiff,

CASE NO.: 00-6109-CR-DIMITROULEAS

VS.

**JONAS ORDUNO,**
Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO RECOMMEND A SOUTH FLORIDA CORRECTIONAL FACILITY

**THIS CAUSE,** came before the Court on the Defendant's **JONAS ORDUNO's** Motion for an Order Recommending a South Florida Correctional Facility and the Court having considered the Motion it is **HEREBY ORDERED** and **ADJUDGED**:

1. That the Motion is hereby ___Granted___.

2. The U.S. Bureau of Prisons shall by this Order consider the Recommendation of the Court to confine the Defendant in a South Florida Correctional Facility.

**DONE** and **ORDERED** this ___17___ day of ___October___ 2000.

_____
**WILLIAM P. DIMITROULEAS**
**United States District Judge**

**Copies furnished:**
**William J. Cone, Jr., Esquire, Attorney for Defendant**
**Bruce O. Brown, Assistant U.S. Attorney**

