PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63710

FILED by ___ D.C.

APR 6 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR-6109-001</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jonas Orduno

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas

Date of Original Sentence: September 22, 2000

Original Offense:   Illegal Possession of a Firearm by a Convicted Felon

Original Sentence:   Fifty-One (51) months imprisonment, three years supervised release and $100.00 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 2, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The offender shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the offender is released from the program by the probation officer. <u>Participation may include residential placement if deemed necessary. The offender will contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.</u>**

**The defendant shall abstain from the use of alcohol during the term of supervision.**



PROB 12B                                                                SD/FL PACTS No. 63710
(SD/FL 9/96)

# CAUSE

**Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 16, 2005, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. On March 23, 2005, the supervised releasee signed an Admission of Drug Use form, indicating he used cocaine on March 14, 2005. On March 28, 2005, confirmation was received from Scientific Testing Laboratories, Incorporated.

**Violation of Mandatory Condition**, by failing to report to the Probation Office as directed by Court. On March 2, 2004, the supervised releasee was released from the custody of the Bureau of Prisons to a detainer following the completion of fifty-one (51) months incarceration at the Federal Prison Camp in Yazoo, Mississippi. On March 4, 2004, the supervised releasee was released to the custody of the Immigration Customs Enforcement (ICE) in Oakdale, Louisiana and held until his release on March 2, 2005. Upon release from custody, the supervised releasee failed to report withing seventy-two (72) hours.

On March 16, 2005, Mr. Orduno reported to the United States Probation Office for processing, at which time, he tested positive for cocaine. On March 23, 2005, Mr. Orduno was confronted regarding the positive drug test. Mr. Orduno admitted to the drug use and was instructed report to the Probation Office twice a week and submit urine specimens for a period of thirty (30) days. Additionally, Mr. Orduno was instructed to abstain from the use of drugs and alcohol and will be evaluated and monitored by a treatment officer to determine whether Mr. Orduno has reverted to the use of drugs or alcohol.

Respectfully submitted,

by

Karen Howard
U.S. Probation Officer
Phone: (954) 769-5579
Date: March 30, 2005

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[X]   Submit a Request for [X] Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date: April 6, 2005