PROB 12C  
(SD/FL 3/05)  
Jonas Orduno

SD/FL PACTS No. 63710



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-CR-6109-001</u>

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Jonas Orduno

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas

Date of Original Sentence: September 22, 2000

Original Offense:    Illegal Possession of a Firearm by a Convicted Felon

Original Sentence:   Fifty-One (51) months imprisonment, three years supervised release and $100.00 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 2, 2004


## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 16, 2005, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. On March 23, 2005, the supervised releasee signed an Admission of Drug Use form, indicating he used cocaine on March 14, 2005. On March 28, 2005, confirmation was received from Scientific Testing Laboratories, Incorporated.

PROB 12C                                                                    SD/FL PACTS No. 63710
(SD/FL 3/05)
Jonas Orduno

2.          **Violation of Mandatory Condition**, by failing to report to the Probation Office as directed by Court. On March 2, 2004, the supervised releasee was released from the custody of the Bureau of Prisons to a detainer following the completion of fifty-one (51) months incarceration at the Federal Prison Camp in Yazoo, Mississippi. On March 4, 2004, the supervised releasee was released to the custody of the Immigration Customs Enforcement (ICE) in Oakdale, Louisiana and held until his release on March 2, 2005. Upon release from custody, the supervised releasee failed to report within seventy-two (72) hours.

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[ ]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[X]   The conditions of supervision should be modified as follows:

**The offender shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the offender is released from the program by the probation officer. Participation may include residential placement if deemed necessary. The offender will contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.**

**The defendant shall abstain from the use of alcohol during the term of supervision.**

                                                             Karen Howard
                                                             U.S. Probation Officer
                                                             Phone: (954) 769-5579

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                                             Signature of Judicial Officer

                                                             April 13, 2005