UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA     )    Case Number: CR 00-6109-CR-ZLOCH
                Plaintiff    )
                             )    REPORT COMMENCING CRIMINAL
        -vs-                 )    ACTION
                             )
    JONAS ORDUNO             )    55285-004
         Defendant                USMS NUMBER

*************************************************************

TO:    Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
       U.S. District Court                FT. PIERCE
                          (circle one of above)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

*************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/18/05  9:10  (am)/pm

(2) Language Spoken: English / SPANISH

(3) Offense(s) Charged: PROB. VIOL.

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown   Cuban National

(5) Date of Birth: 9/01/1955

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint to be filed/already filed
    Case# 00-6109-CR-ZLOCH

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4/18/05    (9) Arresting Officer: R. KIRBY, USMS
(10) Agency: USMS                    (11) Phone: 954 356-7256
(12) Comments: