PROB 19a                                                                                          SD/FL PACTS No. 63710

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR-6109-001</u>  WPD

U.S.A. vs JONAS ORDUNO

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

472 008

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Jonas Orduno || SEX<br>M | RACE<br>B | AGE,<br>49 |
| ADDRESS (STREET,CITY,STATE)<br>7033 N.W. 40 Street, Miramar, Florida |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable William P. Dimitrouleas |||| DATE IMPOSED<br>9/22/2000 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable William P. Dimitrouleas |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*[signature]* ||| DATE<br>April 13, 05 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>4/15/05 || DATE EXECUTED<br>4/18/05 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, Fl ||||
| NAME | Christina Pharo, US Marshal<br>S/D Fl | (BY)<br>Stephanei Perez, SDUSM | DATE<br>4/18/05 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

