# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

DEFT: JONAS ORDUNO (J);  CASE NO: 00-6109-CR- Dimitrouleas/Torres
AUSA: DUTY / Terry Lindsey  ATTY:
AGENT: KAREN HOWARD (USPO)  VIOL: SUPERVISED RELEASE VIOLATION
PROCEEDING: I/A VIOLATION OF SUPERVISION  RECOMMENDED BOND:
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: FPD (Marks)
BOND SET @: $50,000 PSB  To be cosigned by: wife

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents. USPO
- [ ] Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- [ ] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [ ] Curfew: _____
- [ ] Travel extended to: SD/FL
- [ ] Halfway House _____

Notes: 1) Present in Court w/o counsel. 1) Advised of charges. Request Court to Appoint Counsel. Sworn/Test for Appt of Counsel. Court finds deft partial indigent. Orders deft to deposit $100.00 into Court Registry (60 days to pay). Gov't Request and proffers. Bond Return of $50,000 PSB cosign by wife. Court accepts Bond of $50,000 PSB

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: Final Revocation Hrg before Dist. Judge Dimitrouleas.
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 4/18/05  TIME: 11:00 A.M.  FTL/BSS TAPE # 05 - 36  Begin: 3360  End: 3660  5

START 11:00
END 12:05

37-1-255