UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

JONAS ORDUNU

O R D E R

[✓] Appointing Counsel
[ ] Ratifying Prior Service
[ ] Extending Appointment for Appeal
[ ] Substituting Counsel

_____
(prior counsel)

CHARGE: Supervised Release

[✓] Felony     [ ] Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL  33301
Phone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of April, 2005.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services