UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :
       Plaintiff, :

v. :

JONAS ORDUNO, :
       Defendant. :
_____:

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant
Federal Public Defender
Florida Bar No. 838845
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556
Daryl_Wilcox@fd.org

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18th day of April, 2005, to the office of the United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Daryl E. Wilcox