UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                           CASE NO. 00-6109-CR-DIMITROULEAS

JONAS ORDUNO

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.             **COURTROOM 205B**
FT. LAUDERDALE, FL 33301         DATE & TIME:
                                 **May 5, 2005 at 9:30 AM**

TYPE OF
HEARING:     Status Conference on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 25, 2005

cc:  Terry Lindsey, AUSA
     Daryl Wilcox, AFPD
     Karen Howard, USPO

