# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by ___ D.C.
MAY 05 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6109-CR-WPD   DATE: May 5, 2005

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Jesus Orduno

U.S. ATTORNEY: Harry Wallace for Terry Lindsey   DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Status Conference on

RESULT OF HEARING: Supervised Release Violation. Dft denies allegations. Court sets case down for evidentiary hearing

CASE CONTINUED TO: 5/26/05   TIME: 8:45   FOR: Evidentiary hearing

MISC: _____

