UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-06109-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA,

vs.

JONAS ORDUNO,

Defendant.
_____/

## <u>NOTICE OF REASSIGNMENT</u>

The United States of America, by and through its undersigned Assistant United States Attorney, gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Laurie E. Rucoba.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _Laurie E. Rucoba_ _____
LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500052
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3613
Facsimile: (954) 356-7336
E-Mail: Laurie.Rucoba@usdoj.gov



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this ___*/*___ day of May,

2005 to:

Federal Public Defender's Office
ATTN: Daryl Wilcox, AFPD
South Trust Bank Building, Suite 1100
1 East Broward Boulevard
Fort Lauderdale, Florida 33301

_____
LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY