## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 26 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6109-CR-WPD    DATE: May 26, 2005

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Eugenia Hyatt    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Jonas Orduno

U.S. ATTORNEY: Laurie Rucoba    DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Final Revocation on Supervised Release

RESULT OF HEARING: Violation. Deft admits violation. Deft is adjudicated Guilty on Count 1 and Not Guilty on Count 2. Supervised Release is revoked. Deft is sentenced to 5 months BOP. No further conditions of Supervised Release are imposed. Deft remanded to custody.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft informed of right to appeal.

