UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 26 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6109-CR-DIMITROULEAS

UNITED STATES OF AMERICA
VS.

JONAS ORDUNO

Marshal # 55285-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 26th day of May, 2005 for final hearing for the revocation of the defendant's Supervised Release.

On the 22nd day of September, 2000, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release as to Violation 1 and is Adjudicated Not Guilty as to Violation 2. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of Five (5) Months. No further conditions of supervised release are imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 26 day of May, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Laurie Rucoba, AUSA
    Daryl Wilcox, AFPD
    U.S. Probation
    U.S. Marshal