1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,    )  CASE NO. 00-6109-CR-WPD
                             )
            Plaintiff,       )
                             )
       -v-                   )
                             )
JONAS ORDUNO,                )
                             )  Fort Lauderdale, Florida
            Defendant.       )  September 15, 2000
_____)  11:20 a.m.


              TRANSCRIPT OF SCHEDULED SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        BRUCE BROWN, ESQ.
                          Assistant U.S. Attorney


For the Defendant:        WILLIAM J. CONE, ESQ.



Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 00-6109-CR-WPD

## ATTACHMENT TO DOCKET ENTRY: 55-56

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. hand written, legal size, light print, etc.)
☐ SURETY BOND (original or letter of undertaking)

# PLEASE REFER TO COURT FILE