1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6109-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| JONAS ORDUNO, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | September 22, 2000 |
| | ) | 11:15 a.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        BRUCE BROWN, ESQ.
                          Assistant U.S. Attorney

For the Defendant:        WILLIAM J. CONE, ESQ.

Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 00-6109-CR-WPD

## ATTACHMENT TO DOCKET ENTRY: 55-56

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. hand written, legal size, light print, etc.)
☐ SURETY BOND (original or letter of undertaking)

# PLEASE REFER TO COURT FILE